## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**SAMAR ABRO,** *as Personal Representative*
*of the Estate of DHAHI ABRO, Deceased*                                          **PLAINTIFF**

**v.**                                          **CASE NO. 2:23-CV-00077-BSM**

**OCEAN PRIME LOGISTICS,**
**PAUL MUTAHI,**
**ANDI GROUP TRUCKING, and**
**RIVAN EASO**                                                                    **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE